# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAUDE HARRIS,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **DR. MICHEAL A. DANIELS,** | : | **NO. 17-4664** |
| **TEMPLE HOSPITAL,** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 25th day of October, 2017, upon consideration of Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and his *pro se* Complaint, it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED** for the reasons stated in the Court's Memorandum. The dismissal is without prejudice to Plaintiff refiling his claims in state court.

3. The Clerk of Court shall **CLOSE** this case.

                                                    **BY THE COURT:**

                                                    **/s/ Mitchell S. Goldberg**

                                                    **MITCHELL S. GOLDBERG, J.**